

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-16-00224-CR

_____

**CATHY JO ALMANZA,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the County Court at Law
Hill County, Texas
Trial Court No. M0290-15**

_____

# ORDER

_____

Counsel's Motion to Withdraw, filed on July 20, 2017, is denied without prejudice

to filing the motion with the trial court.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion denied
Order issued and filed July 26, 2017

